MONTEMURO, J., is sitting by designation.

.

Rita M. HOLMES, Appellant,

v.

COMMONWEALTH of Pennsylvania, Appellee.

Supreme Court of Pennsylvania.

Submitted Dec. 23, 1994.

Decided Jan. 13, 1995.

William S. Smith, Pamela G. Cochenour, Pittsburgh, for appellant.

Ronald H. Skubecz, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM.

AND NOW, this 13th day of January, 1995, it is hereby ordered that the judgment of the Commonwealth Court is affirmed.

MONTEMURO, J., is sitting by designation.